FILED 20 OCT '20 16:52 USDC-ORP

**SEALED**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-_497 BR_ |
| v. | INDICTMENT |
| JEFFREY RICHARD SINGER. | 18 U.S.C. § 231(a)(3) |
| Defendant. | **SEALED** |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Civil Disorder)**
**(18 U.S.C. § 231(a)(3))**

On or about October 4, 2020, in the District of Oregon, during a civil disorder, defendant **JEFFREY RICHARD SINGER**, knowingly committed a violent act for the intended purpose of obstructing, impeding and interfering with law enforcement officers who were lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, and that such civil disorder in any way or degree obstructed, delayed and

adversely affected commerce and the movement of any article or commodity in commerce;

In violation of Title 18, United States Code, Section 231(a)(3).

## COUNT 2
### (Theft of Government Property)
### (18 U.S.C. § 641)

On or about September 19, 2020, in the District of Oregon, defendant **JEFFREY RICHARD SINGER** knowingly stole a thing of value, not exceeding $1,000 in value, that belonged to the United States; specifically, a United States flag displayed at the Gus J. Solomon U.S. Courthouse;

In violation of Title 18, United States Code, Section 641.

Dated: October 20, 2020.              A TRUE BILL.

                                      _____
                                      OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney

Indictment                                                                 Page 2