ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Oregon

SEALED

United States of America
v.

JEFFREY RICHARD SINGER

Case No. 3:20-cr-00497-BR

FILED 23 OCT '20 09:31 USDC-ORP

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JEFFREY RICHARD SINGER ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Civil Disorder
Theft of Government Property

Date: 10/21/2020

s/J Norgate
*Issuing officer's signature*

City and state:   Portland, OR

J Norgate, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 10/21/2020
ARRESTED BY FPS

Date: _____

U.S. MARSHAL
BY [signature]

*Arresting officer's signature*

*Printed name and title*