# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO.: 3:20CR00497-1-IM |
| vs. | ORDER ON 12B PETITION TO MODIFY CONDITIONS OR TERM OF SUPERVISION |
| Jeffrey Richard Singer | |

Based on the *Petition for Modification of Conditions or Term of Supervision* filed on December 20, 2021, regarding the above-name defendant, **IT IS HEREBY ORDERED that,**

☐ No Action

☒ **You must participate in a substance abuse treatment or alcohol abuse treatment program, which may include inpatient treatment, and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The program may include urinalysis testing to determine if you have used drugs or alcohol. You must not attempt to obstruct or tamper with the testing methods.**

☐ Submit a Request for Warrant or Summons.
☐ Court orders the defendant to appear for a status hearing schedule for

DATED this __21st__ day of December, 2021,

_Karin J. Immergut_
Karin J. Immergut
U.S. District Judge

Defendant shall be advised that any further Deceptive behavior may result in revocation, As well as a significant extension of his period of supervised release. KJI