Megha Desai, OSB No. 141441
Assistant Federal Public Defender
Email: megha_desai@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel:   (503) 326-2123
Fax:   (503) 326-5524

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                  **Plaintiff,**<br><br>       v.<br><br>**JEFFREY RICHARD SINGER,**<br><br>                                  **Defendant.** | Case No. 3:20-cr-00497-IM<br><br>**UNOPPOSED MOTION TO CONTINUE PROBATION REVOCATION HEARING** |

Defendant Jeffrey Richard Singer, through counsel, Assistant Federal Public Defender Megha Desai, hereby moves to continue the presently scheduled probation revocation hearing date for 15 days, from June 16, 2022, to July 1, 2022, or a date thereafter convenient to the Court. This motion is unopposed by the government.

Counsel has spoken with Mr. Singer who has authorized counsel to represent that he consents to a 15-day continuance of the probation revocation hearing in order to gather more information about the facts and circumstances of the alleged violations.

**PAGE 1.    UNOPPOSED MOTION TO CONITNUE PROBATION REVOCATION HEARING**

Assistant United States Attorney Thomas Ratcliffe has informed counsel that the government has no objection to the requested continuance. United States Probation Officer Ahmed Almrayatee has also informed counsel that he has no objection to the requested continuance.

Based on the aforementioned, counsel moves to continue the hearing date of June 16, 2022, to July 1, 2022, or a date thereafter convenient to the Court.

Respectfully submitted on June 13, 2022.

                                                    */s/ Megha Desai*
                                                    Megha Desai
                                                    Attorney for Defendant