AO 245D    Judgment in a Criminal Case for Revocation - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
           Sheet 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| Plaintiff, | (For Revocation of Probation or Supervised Release) |
| v. | Case No.:  3:20-CR-00497-IM-1 |
| **JEFFREY RICHARD SINGER** | USM Number:  82192-065 |
| Defendant. | Megha Desai, Defendant's Attorney |
| | Thomas Steven Ratcliffe, Assistant U.S. Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) Mandatory Condition #3, Standard Condition Nos. 2 and 8, and Special Condition of the term of supervision. The Court takes no action on the allegation of violation of Special Condition #2.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Mandatory Condition #3 | Use of a controlled substance. | January 24, 2022 |
| Standard Condition #2 | Failed to report to probation as directed. | February 2, 2022 |
| Standard Condition #8 | Interacted with others engaged in criminal activities. | December 20, 2021 |
| Special Condition | Failed to attend substance use treatment. | February 2, 2022 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____, and is discharged as to such violation(s) condition.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

July 12, 2022
Date of Imposition of Sentence

*Karin J. Immergut* (signature)
Signature of Judicial Officer

Karin J. Immergut, U.S. District Judge
Name and Title of Judicial Officer

July   12, 2022
Date

AO 245D    Judgment in a Criminal Case for Revocation - DISTRICT OF OREGON CUSTOMIZED (Rev. 10/2019)
           Sheet 3D - Supervised Release

DEFENDANT: JEFFREY RICHARD SINGER                                                    Judgment-Page **2** of **2**
CASE NUMBER: 3:20-CR-00497-IM-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of **6 months** with **no term** of supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:


☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the custody of the United States Marshal for this district:

    ☐ at _____ on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____ on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

> The Bureau of Prisons will determine the amount of prior custody that may be credited towards the service of sentence as authorized by Title 18 USC §3585(b) and the policies of the Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                            _____
                                                            UNITED STATES MARSHAL

                             By: _____
                                                            DEPUTY UNITED STATES MARSHAL